United States District Court
Southern District of Texas

**ENTERED**
August 27, 2021
Nathan Ochsner, Clerk

# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Jose Gerardo Amaro

I, Darren Johnson, declare and state as follows:

On or about July 22, 2021, a Webb County Sheriff Office (WCSO) Deputy were dispatched to a ranch located near the intersection of Hernandez and Las Pilas Roads in Webb County, Texas for a report of stolen firearms. The Deputy spoke to Jose Gerardo AMARO Jr. (hereinafter AMARO) who reported approximately ten AK-47 type rifles and twenty AR-15 type rifles stolen from a travel trailer inside the ranch.

On or about August 4, 2021 a WCSO Investigator contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to assist with the investigation.

Subsequently to August 4, 2021, ATF obtained and reviewed Firearm Transaction Records (ATF Forms 4473) for several persons including AMARO. The investigation revealed that AMARO purchased three firearms after he made the firearm theft report. Those firearms purchased at one Federal Firearm Licensee (FFL) in Laredo Texas, on three different dates of purchase as listed below:

- SIG SAUER, M400 Snakebite, 5.56 NATO rifle, bearing serial number 20L129963 (hereinafter SIG SAUER) on 07/23/2021.
- ZRODELTA, Range Ready, .223 caliber rifle, bearing serial number ZAR04218 (hereinafter ZRODELTA) on 07/26/2021.
- OCCAM DEFENSE, ODS-1775, 7.62x39 caliber rifle, bearing serial number OD-00069 (hereinafter OCCAM DEFENSE) on 07/29/2021.

AMARO certified on each ATF Form 4473 that his residential address was on Peach Tree Lane, Laredo, Texas at the time of each purchase, which remains the residential address printed on his Texas Driver's License. On August 25, 2021, ATF agents learned from AMARO's parent, who lives at the Peach Tree Lane address, that AMARO has not lived at that address for approximately two years. On the same evening, another relative who resides at the 1100 block of Quail Hollow Loop (QUAIL HOLLOW) in Laredo, Texas advised agents that AMARO has been living with that relative at the QUAIL HOLLOW address for at least one year.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

August 27, 2021, 01:51 PM, at Laredo, Texas.

_Diana Song Quiroga_
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

it the QUAIL HOLLOW address and the ATF Laredo Field nd waiver, at both locations, AMARO admitted that he made ' Forms 4473 in connection with the purchase of each of the rtified on the forms that he resided at the Peach Tree Lane )uail Hollow address; 2) he certified on the forms that he was firearms, when in fact he was purchasing them for his )VARRUBIAS, (COVARRUBIAS) whom he knew was a ne of each firearm's purchase. AMARO admitted that

COVARRUBIAS provided him a credit card in AMARO's name which AMARO used to make the purchases, and AMARO personally delivered each firearm to COVARRUBIAS's home.

Four additional persons were also arrested on firearm charges stemming from the investigation on whom criminal complaints are being contemporaneously filed:

**Roberto Carlos Zamora**
**Jesus Guadalupe Covarrubias**
**Alejandro Rene Sanchez**
**Felipe Jesus Melendez-Bravo**

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.
Executed on the ___26th___ day of ___August___, 20_21_.

Darren Johnson, ATF Special Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.

UNITED STATES MAGISTRATE JUDGE