United States Courts
Southern District of Texas
FILED

OCT 5 2021 VCC

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| JESUS GUADALUPE COVARRUBIAS (1) | § | |
|   AKA: JESUS GUADALUPE | § | |
|     COVARRUBIAS-ZAPATA | § | |
| JOSE GERARDO AMARO, JR. (2) | § | |
| ROBERTO CARLOS ZAMORA (3) | § | |
|   AKA: ROBERTO CARLOS | § | CRIMINAL NO. 5:21-CR-1627-S |
|     ZAMORA-RAMON | § | |
| ALEJANDRO RENE SANCHEZ (4) | § | **DS** |
|   AKA: ALEJANDRO SANCHEZ | § | |
| FELIPE JESUS MELENDEZ-BRAVO (5) | § | SEALED |
|   AKA: FELIPE DE JESUS | § | |
|     MELENDEZ-BRAVO | § | |
| CYNTHIA DEYANIRA MORENO (6) | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Introduction

At various times relevant to the Indictment,

1. The term "person" includes any individual, corporation, company, association, firm, partnership, society, or joint stock company.

2. The term "interstate or foreign commerce" includes commerce between any place in a State and any place outside of that State.

3. The term "firearm" means: 1) any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive, and 2) the frame or receiver of any such weapon.

4. The term "dealer" means any person engaged in the business of selling firearms at wholesale or retail.

5. The term "licensed dealer" means any dealer who is licensed under the provisions of Chapter 44 of Title 18, United States Code.

6. Academy Sports & Outdoors Store # 73, Kirkpatrick Guns & Ammo, and CCF Tactical LLC are Federal Firearms Licensees (FFL) under the provisions of Chapter 44 of Title 18, United States Code.

7. The term "indictment" includes an indictment or information in any court under which a crime punishable by imprisonment for a term exceeding one year may be prosecuted.

8. On October 7, 2020, a Grand Jury in Webb County, Texas returned an indictment against **ALEJANDRO RENE SANCHEZ, AKA: ALEJANDRO SANCHEZ,** for a crime punishable by imprisonment for a term exceeding one year. On October 27, 2020, **ALEJANDRO RENE SANCHEZ, AKA: ALEJANDRO SANCHEZ,** was served with the indictment.

9. On September 1, 2006, **ROBERTO CARLOS ZAMORA, AKA: ROBERTO CARLOS ZAMORA-RAMON,** was convicted and sentenced for a crime punishable by imprisonment for a term exceeding one year.

10. On July 25, 2014, **JESUS GUADALUPE COVARRUBIAS, AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA,** was convicted and sentenced for a crime punishable by imprisonment for a term exceeding one year.

11. The term "alien" means any person not a citizen or national of the United States.

12. The term "addict" means any individual who habitually uses any narcotic drug so as to endanger the public morals, health, safety, or welfare, or who is so far addicted to the use of narcotic drugs as to have lost the power of self-control with reference to his addiction.

13. The term "controlled substance" means a drug or other substance, or immediate precursor,

included in Schedule I, II, III, IV, or V under Section 102 of the Controlled Substances Act (21 U.S.C. § 802). Marihuana is a Schedule I controlled substance. Cocaine is a Schedule II controlled substance.

## COUNT ONE

From on or about **February 25, 2021** through on or about **July 29, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS GUADALUPE COVARRUBIAS**
**AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA, and**
**JOSE GERARDO AMARO, JR.,**

aiding and abetting each other, in connection with the acquisition of one and more of the firearms below:

|   | DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|---|
| 1. | February 25, 2021 | Zastava Serbia, ZPAPM70 rifle | 7.62 x 39 millimeter | Z70-085838 |
| 2. | February 25, 2021 | Arsenal Bulgaria, SAM7SF rifle | 7.62 x 39 millimeter | XM600321 |
| 3. | March 2, 2021 | Accuracy International, AT rifle | .308 caliber | 19AT29448 |
| 4. | May 27, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | OD-00073 |
| 5. | May 27, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | SN-00315 |
| 6. | May 27, 2021 | F-1 Firearms, FDR-15-3G rifle | .223 caliber | 110-14143 |
| 7. | July 23, 2021 | Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| 8. | July 26. 2021 | ZRODELTA, Ready Series rifle | .223 WYLDE | ZAR04218 |
| 9. | July 29, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | OD-00069 |

from Kirkpatrick Guns & Ammo, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to Kirkpatrick Guns & Ammo, which statement was intended and likely to deceive Kirkpatrick Guns & Ammo, as to a fact material to the lawfulness of such acquisition of the said firearms to

the Defendants under Chapter 44 of Title 18, in that **JOSE GERARDO AMARO, JR.** represented on a ATF Form 4473 that he was the actual buyer of the firearms listed on the Form 4473, when in fact as **JOSE GERARDO AMARO, JR.** knew, he was not the actual buyer of the firearms,

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

## COUNT TWO

On or about **July 7, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS GUADALUPE COVARRUBIAS**
**AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA, and**
**JOSE GERARDO AMARO, JR.,**

aiding and abetting each other, in connection with the acquisition of one and more of the firearms below:

|    | DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|----|------|--------------|---------|---------------|
| 1. | July 7, 2021 | Del-Ton, DTI-15 rifle | 5.56 millimeter | DTI-S240322 |
| 2. | July 7, 2021 | Del-Ton, DTI-15 rifle | 5.56 millimeter | DTI-S240318 |
| 3. | July 7, 2021 | Diamondback Firearms, DB15 rifle | 5.56 millimeter | DB2146631 |
| 4. | July 7, 2021 | Jem Tactical, Toxic rifle | 5.56 millimeter | JEM0559 |
| 5. | July 7, 2021 | Smith & Wesson, M&P 15 rifle | 5.56 millimeter | TS96790 |

from CCF Tactical LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to CCF Tactical LLC, which statement was intended and likely to deceive CCF Tactical LLC, as to a fact material to the lawfulness of such acquisition of the said firearms to the Defendants under Chapter 44 of Title 18, in that **JOSE GERARDO AMARO, JR.** represented on a ATF Form 4473 that he

was the actual buyer of the firearms listed on the Form 4473, when in fact as **JOSE GERARDO AMARO, JR.** knew, he was not the actual buyer of the firearms,

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

### COUNT THREE

On or about **December 4, 2019**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS GUADALUPE COVARRUBIAS**
**AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA, and**
**JOSE GERARDO AMARO, JR.,**

aiding and abetting each other, in connection with the acquisition the following firearm: Bushmaster Firearms, Model XM15-E2S rifle, 5.56 NATO caliber, Serial Number BFH040951, from Academy Sports & Outdoors Store # 73, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code:, knowingly made a false and fictitious oral and written statement to Academy Sports & Outdoors Store # 73, which statement was intended and likely to deceive Academy Sports & Outdoors Store # 73, as to a fact material to the lawfulness of such acquisition of the said firearm to the Defendants under Chapter 44 of Title 18, in that **JOSE GERARDO AMARO, JR.** represented on a ATF Form 4473 that he was the actual buyer of the firearm listed on the Form 4473, when in fact as **JOSE GERARDO AMARO, JR.** knew, he was not the actual buyer of the firearm,

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

### COUNT FOUR

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS GUADALUPE COVARRUBIAS**
**AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms:

|   | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| 1 | Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| 2 | ZRODELTA, Range Ready rifle | .223 caliber | ZAR04218 |
| 3 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | OD-00069 |

and the firearms were in and affecting commerce,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO CARLOS ZAMORA**
**AKA: ROBERTO CARLOS ZAMORA-RAMON,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms:

|   | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| 1 | Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| 2 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | OD-00069 |

and the firearms were in and affecting commerce,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO CARLOS ZAMORA**
**AKA: ROBERTO CARLOS ZAMORA-RAMON,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed at least one of the following firearms:

|   | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| 1 | Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| 2 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39 millimeter | OD-00069 |

and the firearms were in and affecting commerce,

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### COUNT SEVEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS GUADALUPE COVARRUBIAS
AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA,**

knowingly sold and disposed of, that is, transferred, the following firearm: Glock, Model 43 pistol, 9 millimeter, Serial Number ADXB573, to **ALEJANDRO RENE SANCHEZ, AKA: ALEJANDRO SANCHEZ**, knowing and having reasonable cause to believe that **ALEJANDRO RENE SANCHEZ, AKA: ALEJANDRO SANCHEZ**, was then under indictment for a crime punishable by imprisonment for a term exceeding one year,

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

### COUNT EIGHT

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ALEJANDRO RENE SANCHEZ
AKA: ALEJANDRO SANCHEZ,**

who was then and there under indictment for a crime punishable by imprisonment for a term exceeding one year, that is, an indictment in Cause Number 2020CRH001838D3 in the 341st

District Court of Webb County, did willfully receive the following firearm: Glock, Model 43 pistol, 9 millimeter, Serial Number ADXB573, said firearm having been shipped and transported in interstate and foreign commerce,

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT NINE

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ALEJANDRO RENE SANCHEZ**
**AKA: ALEJANDRO SANCHEZ,**

knowing that he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess the following firearm: Glock, Model 43 pistol, 9 millimeter, Serial Number ADXB573, said firearm having been shipped and transported in interstate commerce,

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**FELIPE JESUS MELENDEZ-BRAVO**
**AKA: FELIPE DE JESUS MELENDEZ-BRAVO,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed at least one of the following firearms:

|    | MAKE & MODEL          | CALIBER      | SERIAL NUMBER |
|----|-----------------------|--------------|---------------|
| 1. | Glock, Model 19 pistol | 9 millimeter | BBLH335       |
| 2. | Beretta, 92X pistol   | 9 millimeter | 92X0034939    |

and the firearms were in and affecting commerce,

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT ELEVEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**FELIPE JESUS MELENDEZ-BRAVO**
**AKA: FELIPE DE JESUS MELENDEZ-BRAVO,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed ammunition, to wit, at least one live around of .380 caliber ammunition and at least one live round of 9 millimeter ammunition, and the ammunition was in and affecting commerce,

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT TWELVE

On or about **October 6, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS GUADALUPE COVARRUBIAS**
**AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA, and**
**CYNTHIA DEYANIRA MORENO,**

aiding and abetting each other, in connection with the acquisition the following firearm: Barrett Firearms, Model M107A1 rifle, .50 BMG caliber, Serial Number AE006579, from CCF Tactical LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to CCF Tactical LLC, which statement was intended and likely to deceive CCF Tactical LLC, as to a fact material to the lawfulness of such acquisition of the said firearms to the Defendants under Chapter 44 of Title 18, in that **CYNTHIA DEYANIRA MORENO** represented on a ATF Form 4473 that she was the actual buyer of the firearms listed on the Form 4473, when in fact as **CYNTHIA DEYANIRA MORENO** knew, she was not the actual buyer of the firearms,

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

## COUNT THIRTEEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CYNTHIA DEYANIRA MORENO,**

knowingly sold and disposed of, that is, transferred, at least one of the following firearms:

|   | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| 1. | Glock, Model 19 pistol | 9 millimeter | BBLH335 |
| 2. | Beretta, 92X pistol | 9 millimeter | 92X0034939 |

to **FELIPE JESUS MELENDEZ-BRAVO, AKA: FELIPE DE JESUS MELENDEZ-BRAVO,** knowing and having reasonable cause to believe that **FELIPE JESUS MELENDEZ-BRAVO, AKA: FELIPE DE JESUS MELENDEZ-BRAVO,** was an alien illegally and unlawfully in the United States

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT FOURTEEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ROBERTO CARLOS ZAMORA
AKA: ROBERTO CARLOS ZAMORA-RAMON,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003,

In violation of Title 8, United States Code, Section 1326.

## COUNT FIFTEEN

On or about **August 25, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**FELIPE JESUS MELENDEZ-BRAVO**
**AKA: FELIPE DE JESUS MELENDEZ-BRAVO,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003,

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
Brian Bajew
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO DIVISION  NO. **5:21-CR-1627-S**
SUPERSEDING INDICTMENT  Filed: October 5, 2021  Judge: **Diana Saldaña**

ATTORNEYS:
UNITED STATES OF AMERICA  JENNIFER B. LOWERY, ACTING USA
 BRIAN BAJEW, AUSA
VS.

JESUS GUADALUPE COVARRUBIAS (1)
  AKA: JESUS GUADALUPE COVARRUBIAS-ZAPATA
JOSE GERARDO AMARO, JR. (2)
ROBERTO CARLOS ZAMORA (3)
  AKA: ROBERTO CARLOS ZAMORA-RAMON
ALEJANDRO RENE SANCHEZ (4)
  AKA: ALEJANDRO SANCHEZ
FELIPE JESUS MELENDEZ-BRAVO (5)
  AKA: FELIPE DE JESUS MELENDEZ-BRAVO
CYNTHIA DEYANIRA MORENO (6)

**CHARGES:**

| | |
|---|---|
| Counts 1-3, 12: | False statements during purchase of a firearm [18 USC 922(a)(6), 924(a)(2), & 2] |
| Counts 4 and 5: | Possession of Firearm by Prohibited Person [18 USC 922(g)(1) and 924(a)(2)] |
| Counts 6 and 10: | Possession of Firearm by Undocumented Alien [18 USC 922(g)(5)(A) and 924(a)(2)] |
| Count 7: | Sale or Transfer of Firearm to Prohibited Person [18 USC 922(d) and 924(a)(2)] |
| Count 8: | Illegal Receipt of Firearm by Person Under Indictment [18 USC 922(n) and 924(a)(1)(D)] |
| Count 9: | Possession of Firearm by Drug User or Addict [18 USC 922(g)(3) and 924(a)(2)] |
| Count 11: | Possession of Ammunition by an Undocumented Alien [18 USC 922(g)(5)(A) and 924(a)(2)] |
| Count 13: | Sale or Transfer of Firearm to Prohibited Person [18 USC 922(d) and 924(a)(2)] |
| Counts 14-15: | Illegal entry after deportation [8 USC 1326] |

**TOTAL COUNTS: 15**

**PENALTY:**

| | |
|---|---|
| Counts 1-7 and 9-13: | 0 to 10 Years and/or $250,000.00, $100.00 Special Assessment, Not More Than a 3 Year Term of Supervised Release |
| Count 8: | 0 to 5 Years and/or $250,000.00, $100.00 Special Assessment, Not More Than 3 Year Term of Supervised Release |
| Counts 14-15: | 0 to 20 Years and/or fine of $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release |

In Jail:
On Bond:
Name & Address of Surety:
No Arrest: