United States Courts
Southern District of Texas
FILED

JAN 2 8 2022    FV

Nathan Ochsner, Clerk
Laredo Division

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA<br><br>*VERSUS* - - - - - - - - - - - - - - -<br><br>JOSE GERARDO AMARO, JR. | CRIMINAL ACTION NO. 5:21-CR-1627-2<br><br>**EXHIBIT LIST** |
| JUDGE DIANA SONG QUIROGA | CASE MANAGER:    FERNANDO VILLA |
| LIST OF<br><br>X  GOVERNMENT          ☐ DEFENDANT | PROCEEDING: MOTION TO SUPPRESS<br><br>DATE (S): JANUARY 24, 2022 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | DEFENDANT'S 4473 FORMS | | X | | 1-28-22 |
| 2 | RECORDING - AMARO INTERVIEW AT GAS STATION | | X | | 1-28-22 |
| 3 | GOOGLE MAP - 1118 QUAIL HOLLOW LOOP | | X | | 1-28-22 |
| 4 | RECORDING - AMARO CONSENT AND RIGHTS WAIVER | | X | | 1-28-22 |
| 5 | CONSENT TO SEARCH FORM | | X | | 1-28-22 |
| 6 | ADVICE OF RIGHTS AND WAIVER FORM | | X | | 1-28-22 |
| 7 | RECORDING - AMARO RE-WAIVER OF *MIRANDA* RIGHTS | | X | | 1-28-22 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |