|   | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA<br><br>VERSUS - - - - - - - - - - - - - - -<br><br>JOSE GERARDO AMARO, JR. | CRIMINAL ACTION NO. 5:21-CR-1627-2 |
|---|---|
| | **AMENDED EXHIBIT LIST** |
| JUDGE DIANA SONG QUIROGA | CASE MANAGER: FERNANDO VILLA |
| LIST OF<br><br>☐ GOVERNMENT   ■ DEFENDANT | PROCEEDING: SUPPRESSION HEARING<br>DATE(S): 01/31/2022 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1. | PHOTOGRAPH OF 1118 QUAIL HOLLOW LP. | | | | |
| 2. | PHOTOGRAPH OF BROWNING GUN SAFE | | | | |
| 3. | PHOTOGRAPH OF JG AMARO JR. BEDROOM 1118 QUAIL HALLOW LP. | | | | |
| 4. | 2021 8-25 INTERVIEW WITH JOSE GERARDO AMARO AT 1118 QUAIL HOLLOW | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |