| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA<br><br>VERSUS - - - - - - - - - - - - - - -<br><br>JESUS GUADALUPE COVARRUBIAS | CRIMINAL ACTION NO. 5:21-CR-1627-1<br><br>Amended<br>**EXHIBIT LIST**<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>FEB 2 4 2022   FV<br>Nathan Ochsner, Clerk<br>Laredo Division |
| JUDGE DIANA SONG QUIROGA | CASE MANAGER:   FERNANDO VILLA |
| LIST OF<br><br>X  GOVERNMENT         ☐ DEFENDANT | PROCEEDING: MOTION TO SUPPRESS<br><br>DATE(S): FEBRUARY 22, 2022 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | PRIOR CONVICTION - 2011-CRT-000022-D1 | | ✓ | | 2-22-22 |
| 2 | PHOTOGRAPH 1 - GUN SAFE | | ✓ | | 2-22-22 |
| 3 | PHOTOGRAPH 2 - GUN SAFE | | ✓ | | 2-22-22 |
| 4 | DEFENDANT RIGHTS ADVISEMENT AND WAIVER | | ✓ | | 2-22-22 |
| 5 | RECORDING - DEFENDANT'S STATEMENT 1 | | ✓ | | 2-22-22 |
| 6 | RECORDING - DEFENDANT'S STATEMENT 2 | | ✓ | | 2-22-22 |
| 7 | TRANSLATION - DEFENDANT'S STATEMENT 2 | | ✓ | | 2-22-22 |
| 8 | CERTIFICATION OF TRANSLATION - DEFENDANT'S STATEMENT 2 | | ✓ | | 2-22-22 |
| 9 | CONSENT TO SEARCH FORM | | ✓ | | 2-22-22 |
| 10 | 8-25 Interview of Jose Amaro at 1118 Quail Hollow | | ✓ | | 2-22-22 |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |

1