Exh.4   Interview at Quail Hollow

