# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| JESUS GUADALUPE COVARRUBIAS | § | CRIMINAL NO. 5:21-CR-1627-1 |
| | § | |
| JOSE GERARDO ARMARO, JR. | § | CRIMINAL NO. 5:21-CR-1627-2 |
| | § | |
| ALEJANDRO RENE SANCHEZ | § | CRIMINAL NO. 5:21-CR-1627-4 |

## SECOND JOINT SUPPLEMENTARY RESPONSE TO MOTIONS TO SUPPRESS

The United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, herein files this second joint supplementary response to the motions to suppress, previously filed by Defendants Jesus Guadalupe Covarrubias (1), Jose Gerardo Amaro, Jr. (2), and Alejandro Rene Sanchez (4).

On April 4, 2022, the Court filed an Order requesting the parties supplement the factual record with the time in which Roberto Carlos Zamora was first placed into a patrol car. Dkt. No. 255.

Attached to the following response are images from dash camera footage from Laredo Police Department Units 1506. The footage shows that, at 2:04:33 p.m., Zamora is handcuffed and walked over to Unit 1506. At 2:06:08 p.m., Zamora is placed into Unit 1506. *See* Figures 1 and 2 in Attachment A

## CERTIFICATE OF SERVICE

I certify that, on April 5, 2022, a true and correct copy of the Second Joint Supplementary Response to Motions to Suppress was electronically filed with the Clerk of the Court using the CM/ECF system, which will transmit notification of filing to all counsel of record.

By: /s/ Brian Bajew
Brian Bajew
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record regarding this second supplementary response. The following attorneys responded and have joined in with the response:

**Adriana Arce-Flores for Jesus Guadalupe Covarrubias (1)**
**Oscar Vela for Jose Gerardo Amaro, Jr. (2)**
**Eduardo Romero for Alejandro Rene Sanchez (4)**

By: _____
Brian Bajew
Assistant United States Attorney

_____
Adriana Arce-Flores
Law Office of Adriana Arce-Flores
1016 Juarez Avenue
Laredo, Texas
Phone: 956-723-6008
Email: judgeaaf@gmail.com

_____
Oscar Vela, Jr.
Attorney at Law
6557 Metro Court
Laredo, Texas 78041
Phone: 956-568-0052
Email: ovela@thevelafirm.com

_____
Eduardo Romero
Eduardo Romero, PLLC
201 West Del Mar Boulevard
Suite 15
Laredo, Texas 78041
Phone: 956-727-2402
Email: er@romeropllc.com

**ATTACHMENT A**



**FIGURE 1: Roberto Carlos Zamora handcuffed and is walked over to LPD Unit #1506.**



**FIGURE 2: Roberto Carlos Zamora handcuffed and placed into LPD Unit #1506.**