# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | **CRIMINAL NO. 5:21-CR-1627-S1-2** |
| | § § | |
| **JOSE GERARDO AMARO, JR.** | § | |

## STIPULATION OF FACT

The United States of America, by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas and Brian Bajew, Assistant United States Attorney, and the defendant, **JOSE GERARDO AMARO, JR.**, and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On July 22, 2021, a Webb County Sheriff's Office (WCSO) Deputy was dispatched to a ranch and spoke with **Jose Gerardo Amaro, Jr.**, who stated about ten AK-style and twenty AR-style rifles were stolen from the ranch. **Amaro** further stated the ranch belonged to Jesus Guadalupe Covarrubias. Special agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were aware that Covarrubias was a prohibited person, and that, on November 5, 2023, he was served with a warning notice of a prohibited transaction on November 5, 2020.

On August 4, 2021, ATF began an investigation based on information received from the WCSO. On August 25, 2021, law enforcement established simultaneous surveillance operations

at 1118 Quail Hollow Loop and 11214 Sierra Gorda Drive, identified as the respective primary residences of **Jose Gerardo Amaro, Jr.** and Jose Guadalupe Covarrubias. During this time, the team at the Sierra Gorda residence noticed movement inside the garage and observed what appeared to be people bringing objects to vehicles parked nearby and placing them inside, before going back into the residence. At various points, agents observed Roberto Carlos Zamora, Alejandro Rene Sanchez, **Jose Gerardo Amaro, Jr.**, and Jesus Guadalupe Covarrubias entering and exiting the residence. Ultimately, agents observed these four individuals leave the property in different vehicles but appearing to travel in the same direction.

A short time later, agents surveilling the Quail Hollow residence observed Covarrubias, Zamora, and **Amaro** arrive in their separate vehicles and meet in the driveway. **Amaro** went inside while Covarrubias and Zamora walked over to **Amaro's** Chevrolet pickup truck. The garage door then opened and **Amaro** walked over to the truck and pulled out a tan AR-type firearm and a black rifle bag. Zamora and Covarrubias then walked into the house while **Amaro** went into the garage. Believing firearms had just been moved from Sierra Gorda to Quail Hollow, agents walked up to the driveway to conduct further investigation, at which point **Amaro** placed the two rifles from his truck and a third sitting nearby into a gun safe. Agents asked **Amaro** where he was keeping the firearms before he brought them to the house, at which point **Amaro** began to back away from the agents. **Amaro** was subsequently detained, as were Covarrubias and Zamora after coming out from inside the Quail Hollow residence.

Special agents advised **Amaro** of his rights, to which he stated he understood and waived. **Amaro** further consented to a search of the gun safe inside the garage at Quail Hollow, which resulted in agents finding the following firearms:

| MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| ZRODELTA, Range Ready rifle | .223 caliber | ZAR04218 |

2

| OCCAM Defense, ODS-1775 rifle | 7.62 x 39-millimeter | OD-00069 |

**Amaro** stated the three rifles came from the Sierra Gorda residence, which was where Covarrubias lived. According to **Amaro**, Zamora and a person known to him as "Alex," later identified as Alejandro Rene Sanchez, moved the three firearms from the house on Sierra Gorda and placed them inside **Amaro's** Chevrolet pickup. **Amaro** also stated that Covarrubias had been storing the three firearms inside a bedroom at his home. Lastly, special agents received consent to search the Quail Hollow residence from **Amaro** and the property's homeowner, Corina Valdez. While searching the property, law enforcement located six more firearms inside **Amaro's** bedroom closet.

While agents were at the Quail Hollow residence, a LPD officer conducted a traffic stop of Sanchez's vehicle. Officers arrested Sanchez based on active capias warrants and impounded his vehicle. During a subsequent inventory search, officers found a Glock, Model 43 pistol, 9-millimeter, bearing serial number ADXB573.

Sanchez was subsequently interviewed by ATF and admitted to being under indictment and to knowing he could not possess firearms. A review of Sanchez's records confirmed the following active indictment: Aggravated Robbery, 341st District Court, Webb County, Texas, Criminal Cause Number 2020-CRH-001838-D3.

Sanchez told ATF he received the Glock from Covarrubias, who resided at a residence on the 11000 block of Sierra Gorda. Earlier that day, Covarrubias had the Glock in the waistband of his pants, removed it, and handed it to Sanchez. Sanchez further admitted that, on the incident date, he observed Zamora and **Amaro** placing rifles from the garage at the Sierra Gorda house into **Amaro's** pickup truck. Prior to the conclusion of the interview, Sanchez admitted to being a

habitual user of marijuana, and that he spent approximately $35 daily on hydroponically grown marijuana.

After rights advisement and waiver, Covarrubias confirmed his residence to be 11214 Sierra Gorda Drive, Laredo, Texas, and further stated he is the owner of JECOV Freight Forwarding. Covarrubias admitted to knowing he was a previously convicted felon and therefore prohibited from possessing firearms. A records check confirmed the following felony conviction: Theft of Property, Greater or Equal to $1,500 but Less Than $20,000 - Felony; 49th District Court of Webb County, Texas; Sentenced July 25, 2014; 2 years incarceration, probated for a term of 5 years with credit for time served; Court Case Number 2011-CRT-000022-D1.

Covarrubias admitted he would let **Amaro** purchase firearms with his company credit card, and that he kept the three rifles moved earlier in the day in his bedroom closet. According to Covarrubias, on August 25, 2021, he removed the three rifles from the closet at his house on Sierra Gorda and gave them to **Amaro** before they were transported to the house on Quail Hollow Loop.

After rights advisement and waiver, **Amaro** agreed to give a statement without the presence of an attorney. When asked about the stolen firearms report he made to WCSO in July, **Amaro** stated his brother, Covarrubias, contacted him and instructed him to make the report with WCSO. **Amaro** further stated that the firearms he reported stolen belonged to Covarrubias, and that Covarrubias owned the ranch where they were kept. Regarding the three rifles found at the Quail Hollow residence, **Amaro** reiterated they were removed from Covarrubias' bedroom closet at the Sierra Gorda house and transported by **Amaro**. **Amaro** also admitted to agents he was aware that Covarrubias and Zamora were convicted felons, and therefore prohibited from possessing firearms or ammunition.

ATF agents proceeded to review the nineteen 4473s, all from federal firearms licensees (FFL), that were filled out and signed by **Amaro**. **Amaro** admitted to lying about being the actual transferee/buyer on fifteen of the forms he identified as actually being purchases for Covarrubias, which included:

From Kirkpatrick Guns & Ammo, located at 6501 Arena Boulevard #105, Laredo, Texas:

| DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| February 25, 2021 | Zastava Serbia, ZPAPM70 rifle | 7.62 x 39-millimeter | Z70-085838 |
| February 25, 2021 | Arsenal Bulgaria, SAM7SF rifle | 7.62 x 39-millimeter | XM600321 |
| March 2, 2021 | Accuracy International, AT rifle | .308 caliber | 19AT29448 |
| May 27, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39-millimeter | OD-00073 |
| May 27, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39-millimeter | SN-00315 |
| May 27, 2021 | F-1 Firearms, FDR-15-3G rifle | .223 caliber | 110-14143 |
| July 23, 2021 | Sig Sauer, M400 rifle | 5.56 NATO | 20L129963 |
| July 26. 2021 | ZRODELTA, Ready Series rifle | .223 WYLDE | ZAR04218 |
| July 29, 2021 | OCCAM Defense, ODS-1775 rifle | 7.62 x 39-millimeter | OD-00069 |

From CCF Tactical LLC, located at 817 Willow St, Laredo, Texas:

| DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| July 7, 2021 | Del-Ton, DTI-15 rifle | 5.56 millimeter | DTI-S240322 |
| July 7, 2021 | Del-Ton, DTI-15 rifle | 5.56 millimeter | DTI-S240318 |
| July 7, 2021 | Diamondback Firearms, DB15 rifle | 5.56 millimeter | DB2146631 |
| July 7, 2021 | Jem Tactical, Toxic rifle | 5.56 millimeter | JEM0559 |
| July 7, 2021 | Smith & Wesson, M&P 15 rifle | 5.56 millimeter | TS96790 |

From Academy Sports and Outdoors Store #73, located at 5720 San Bernardo Avenue, Laredo, Texas:

| DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|---|
| December 4, 2019 | Bushmaster Firearms, Model XM15-E2S rifle | 5.56 NATO | BFH040951 |

**Amaro** further admitted to listing the Peach Tree address on the 4473s as his current residence, even though he was living with his aunt at the Quail Hollow property. **Amaro** stated he would use an American Express Business Gold credit card to purchase the firearms and ammunition. **Amaro** stated that the credit card had Covarrubias' name on it, as well as the name

5

of his business, JECOV Freight Forwarding. According to **Amaro**, Covarrubias would send him to the FFLs in question to first take pictures of the firearms that Covarrubias wanted, before ultimately purchasing them for Covarrubias.

After interviewing Sanchez, Covarrubias, Zamora, and **Amaro**, special agents returned to the 11214 Sierra Gorda Drive and contacted Cynthia Moreno, Covarrubias' wife. After rights advisement and waiver, Moreno stated that a male subject, Felipe Jesus Melendez-Bravo, helped her in hiding some firearms that were originally inside her house. Moreno further admitted to knowing Melendez-Bravo was from Mexico and did not have papers to be in the United States. Moreno stated that, prior to Melendez-Bravo leaving her residence, Moreno gave him a backpack with firearms inside. Moreno further told agents that Covarrubias kept firearms in the house and specifically under his side of the bed.

Agents began to ask Moreno about firearms purchases she made in the past, and specifically one involving a .50 caliber rifle. Moreno admitted to purchasing a .50 caliber rifle for Covarrubias at CCF and confirmed that was the only time she bought a rifle of that type. Moreno stated she went to CCF with Covarrubias, during which time Covarrubias picked out the .50 caliber and Moreno later made the purchase by herself. A review of Moreno's 4473s revealed the purchase of one .50 caliber rifle, which occurred on October 6, 2020, from CCF Tactical: Barrett Firearms, Model M107A1 rifle, .50 BMG caliber, bearing serial number AE006579. Agents noted that Moreno represented on the 4473 she was the actual buyer/transferee.

On August 25, 2021, at approximately 8:30 p.m., LPD officers stopped a green GMC Yukon for a traffic infraction and made contact with the driver, Melendez-Bravo. Officers thereafter received verbal consent to search the vehicle and observed a partially opened bag in the rear passenger seat with the following two firearms inside:

6

| MAKE & MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Glock, Model 19 pistol | 9-millimeter | BBLH335 |
| Beretta, 92X pistol | 9-millimeter | 92X0034939 |

LPD contacted ATF, who had identified the Yukon as being one of the vehicles at the Sierra Gorda residence earlier in the day. ATF agents subsequently responded, detained Melendez-Bravo, and transported him to the ATF Laredo Field Office. Prior to being interviewed, agents frisked Melendez-Bravo for weapons, and found in his left pants pocket one 9-millimeter Luger round and one Sig .380 auto caliber round.

Aright rights advisement and waiver, Melendez-Bravo admitted being an undocumented alien that that he could not possess firearms and ammunition. According to Melendez-Bravo, Cynthia Moreno contacted him to tell him Covarrubias had been arrested earlier in the day and she needed help moving his firearms and ammunition out of their house on Sierra Gorda Drive. Melendez-Bravo admitted that he helped Moreno move three rifles from the living room to the backyard and that she then gave him the bag containing the Glock and Beretta pistols.

The seized firearms and ammunition were subsequently examined and determined to have been manufactured outside the State of Texas, therefore affecting interstate and/or foreign commerce.

III.

Defendant, **JOSE GERARDO AMARO, JR.**, hereby confesses and judicially admits that **from February 25, 2021 through on or about July 29, 2021**, he knowingly aided and abetted in the acquisition of a firearm by making false statements on ATF Form 4473, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

_____
**JOSE GERARDO AMARO, JR.**
Defendant

APPROVED:

Alamdar S. Hamdani
United States Attorney

By: _____   _____
Brian Bajew                                                    Oscar Vela, Jr.
Assistant United States Attorney                 Attorney for Defendant

8